UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KARIM MUHAMMAD,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTH RICHMOND SENIOR HOUSING, et al.,<br><br>    Defendants. | Case No. 16-cv-01153-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 9 |

On April 21, 2016, Magistrate Judge Elizabeth Laporte issued a Report and Recommendation recommending that this case be dismissed with leave to amend because of plaintiff's failure to state a "class of one" equal protection claim based on allegations that his rent was increased disproportionately in comparison to other renters without proper notice. Dkt. No. 9. Objections to Judge Laporte's recommendation were due by May 9, 2016. Federal Rule of Civil Procedure 72(b); Civ. Local Rule 72-3. As of today's date, no objections have been filed.

Having reviewed the matter, the Court ADOPTS Judge Laporte's Report and Recommendation in whole. For the reasons expressed therein, this case is DISMISSED WITH LEAVE TO AMEND. Plaintiff may file an amended complaint within 30 days of this Order. If plaintiff chooses to amend his complaint, he should describe the facts that lead him to believe that he has been intentionally treated differently than others and why there is no rational justification for this difference in treatment. *Compare Vill. of Willowbrook v. Olech*, 528 U.S. 562, 564 (2000) (A "class of one" equal protection claim arises when a plaintiff is "intentionally treated differently from others similarly situated and that there is no rational basis for the difference in treatment"), *with Towery v. Brewer*, 672 F.3d 650, 660 (9th Cir. 2012) ("The class-of-one doctrine does not apply to forms of state action that by their nature involve discretionary decisionmaking based on a vast array of subjective, individualized assessments") (internal quotation marks omitted).

1   Plaintiff may wish to seek assistance from the Legal Help Center by calling 415-782-8982
2 or by signing the appointment book outside the Legal Help Center's office on the 15th floor of the
3 federal building at 450 Golden Gate Avenue, San Francisco, California.  More information about
4 the Legal Help Center is available online at cand.uscourts.gov/helpcentersf.  Plaintiff may also
5 wish to obtain a copy of this district's handbook for parties representing themselves in federal
6 court, available at cand.uscourts.gov/prosehandbook.

7   **IT IS SO ORDERED**.

8 Dated: June 24, 2016


WILLIAM H. ORRICK
United States District Judge