UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KARIM MUHAMMAD,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTH RICHMOND SENIOR HOUSING, et al.,<br><br>    Defendants. | Case No. 16-cv-01153-WHO<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>Re: Dkt. No. 14 |

Plaintiff asks for a 10 day extension of time to file an Amended Complaint, in response to my June 24, 2016 Order dismissing his Complaint. Plaintiff's request is GRANTED.

Plaintiff must file his Amended Complaint by **August 8, 2016**. Failure to file the Amended Complaint on or before that date may lead to dismissal of this case for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated: July 28, 2016

WILLIAM H. ORRICK
United States District Judge